HERMAN PRYOR *et al.,* Plaintiffs-Appellants, *v.* ALBERT A. ANDREU a/k/a ALBERT A. ANDREW, Individually and d/b/a THE BROWN JUG INN, Defendant-Appellee.

(No. 54662; )

First District—May 18, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE STAMOS.

· Patrick E. Mahoney, of Chicago, for appellants.

Ronald J. Lucaccioni, of Chicago, for appellee.